IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MARCUS W. STACEY, | : |
| Plaintiff, | : |
| vs. | :  CIVIL ACTION 19-0373-KD-MU |
| LT. FOUNTAIN, et al., | : |
| Defendants | |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B), dated April 6, 2021 (doc. 39), is **ADOPTED** as the opinion of this Court.

Accordingly, it is ORDERED that this action is DISMISSED without prejudice for failure to prosecute and failure to comply with the Court's Order.

DONE this 29th day of April 2021.

s/Kristi K. DuBose
KRISTI K. DuBOSE
CHIEF UNITED STATES DISTRICT JUDGE