IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| MARCUS W. STACEY, | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 19-0373-KD-MU |
| LT. FOUNTAIN, et al., | : | |
| Defendants | | |

## JUDGMENT

In accordance with the Order entered this date, it is ORDERED, ADJUDGED, and DECREED that this action is DISMISSED without prejudice for failure to prosecute and failure to comply with the Court's Order.

DONE this 29th day of April 2021.

s/Kristi K. DuBose
KRISTI K. DuBOSE
CHIEF UNITED STATES DISTRICT JUDGE